USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BOTTONE,

               Plaintiff,

-against-

DAVID ROCHE, et al.

               Defendants.

1:22-cv-10349 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the *pro se* Plaintiff requesting leave to file an amended complaint. [ECF No. 15.] The request is GRANTED. Plaintiff shall file his amended complaint on or before April 21, 2023. Defendants shall respond within 14 days. If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

    Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

    Defendant's pending motion to dismiss is DENIED as moot. [ECF No. 11.] The Clerk of Court is respectfully requested to terminate docket entry 11.

**SO ORDERED.**

**Date: March 30, 2023**
**New York, NY**

                                                         **MARY KAY VYSKOCIL**
                                                         **United States District Judge**